IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS TIEFENTHALER, on behalf of themselves and others similarly situated,  :<br>:<br>Plaintiff,  :<br>:<br>v.  :<br>:<br>HAC FUNDING LLC  :<br>:<br>Defendant.  :<br>: | CIVIL ACTION FILE NO. 22-cv-11137 |

The Plaintiff files this Notice of Voluntary Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

DATED: August 22, 2022

PLAINTIFF,
By his attorneys,

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com